UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>  v. )<br>JOHN ARTHUR STACKHOUSE, )<br>       Defendant. ) | No. 4:08-CR-34 CEJ |

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Terry I. Adelman for determination and recommended disposition, where appropriate. On March 20, 2008, Judge Adelman issued a Memorandum and Recommendation with respect to the defendant's motion for to suppress statements. No objections have been filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum and Recommendation of United States Magistrate Judge Terry I. Adelman is sustained, adopted, and incorporated herein.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that the motion of defendant John Arthur Stackhouse to suppress statements [Doc. # 27] is **denied without predjudice.**

———————————————————
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 4th day of April, 2008.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com